```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADORE ME, INC.,

                       Plaintiff,

               -against-

NPC GLOBAL CORPORATION,
                     Defendant.
-----------------------------------------------------------X

18 **CIVIL** 4498 (DLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 23, 2019, following a bench trial held on July 23, 2019 in this breach of contract action, the Court having concluded that defendant NPC Global Corporation ("NPC") owes plaintiff Adore Me. Inc. ("AMI") $166,030 plus pre-judgment interest at nine percent per annum, to be calculated from November 16, 2017; judgment is entered in favor of AMI in the amount of $166,030, plus pre-judgment interest in the amount of $25,423.06 for a total sum of $191,453.06; accordingly, this case is closed.

**Dated:** New York, New York
          July 30, 2019

                                                **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                                 BY:
                                                     **Deputy Clerk**

                                                THIS DOCUMENT WAS ENTERED
                                                ON THE DOCKET ON 7/30/2019