UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADORE ME, INC., <br><br> Plaintiff, <br><br> v. <br><br> NPC GLOBAL CORPORATION, <br><br> Defendant. | 18-CV-4498 (DLC) |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant NPC Global Corporation appeals to the United States Court of Appeals for the Second Circuit from the Judgment and dismissal order entered by the District Court on July 30, 2019 (ECF 56), and all prior opinions, orders and rulings in this case, including, without limitation, the memorandum opinion and order dated July 29, 2019 (ECF 55).

Dated: August 28, 2019

                                                                            Respectfully submitted,

                                                                            */s/* Eric M. Creizman

                                                                            PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
                                                                            Eric M. Creizman (EC-7684)
                                                                            277 Park Avenue, Fl. 45
                                                                            New York, New York 10172
                                                                            Telephone: (212) 972-0200
                                                                            Email: ecreizman@piercebainbridge.com

                                                                            THE BUSCH LAW FIRM
                                                                            Gregory A. Busch
                                                                            P.O. Box 105
                                                                            South Orange, New Jersey 07079
                                                                            Telephone: (973) 327-4639
                                                                            Email: gbusch@thebuschlawfirm.com