UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADORE ME, INC.,

    Plaintiff,

v.

NPC GLOBAL CORPORATION,

    Defendant,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2019

18-CV-4498 (DLC)

STIPULATION and
[Proposed] ORDER

    WHEREAS, on August 28, 2019, Defendant filed a notice of appeal from the Judgment in this action to the United States Court of Appeals to the Second Circuit, captioned, *Adore Me, Inc. v. NPC Global Corporation*, 19-2733 (the "Appeal")

    WHEREAS, on September 9, 2019, the Court granted Defendant's motion for a stay of execution of judgment in the above-captioned action pending disposition of the Appeal upon the deposit by Defendant of $127,485.70 into the registry of the Court;

    WHEREAS, Defendant subsequently deposited the sum of $127,485.70 (the "Deposit Funds") into the registry of the Court;

    WHEREAS, the parties have entered into a settlement agreement (the "Settlement Agreement") and, on December 20, 2019, have filed a stipulation to dismiss the Appeal, with prejudice, pursuant to Federal Rule of Appellate Procedure 42(b);

    WHEREAS, the parties have agreed to the release the Deposit Funds to Defendant's attorneys, Pierce Bainbridge Beck Price & Hecht LLP, in order for Defendant to effectuate the terms of the Settlement Agreement;

    Accordingly, it is hereby

    ORDERED that pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to issue a check in the amount of $127,485.70 payable to Pierce

Bainbridge Beck Price & Hecht LLP, which a designated representative of that firm may pick up from the Clerk's Office by hand, or which the Clerk's Office can mail to Pierce Bainbridge Beck Price & Hecht LLP, to the attention of Eric M. Creizman, Esq., at 277 Park Avenue, Fl. 45, New York, New York 10172, whichever is the preference of the Clerk of Court.

Dated: New York, New York
December 20, 2019

_____
Eric M. Creizman
Pierce Bainbridge Beck Price & Hecht LLP
277 Park Avenue, Fl. 45
New York, New York 10172
*Attorneys for Defendant, NPC Global Corp.*

Dated: New York, New York
December 20, 2019

_____
Adam S. Katz
Goldberg Segalla LLP
711 Third Avenue, Suite 1900
New York, New York 10017
*Attorneys for Plaintiff, Adore Me, Inc.*

SO ORDERED.

Dated:   New York, New York
         December 20, 2019

_____
HON. DENISE L. COTE
United States District Judge